**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LONNIE E. HARRISON, M.D.**                                                              **PLAINTIFF**

**vs.**                                            **4:09CV00250-WRW**

**ARKANSAS STATE MEDICAL BOARD,** *et al*.                               **DEFENDANTS**

<u>**ORDER**</u>

Pending is Plaintiff's Motion for Voluntary Dismissal (Doc. No. 10) in which Plaintiff

asks the Court to dismiss this case. Plaintiff's Motion is GRANTED, and this case is

DISMISSED.

IT IS SO ORDERED this 31st day of July, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE